# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3184

_____

| | | |
|---|---|---|
| Patricia Ann Goodale; Michael H. Goodale, | * * * | |
| Appellants, | * * | |
| v. | * * | Appeal from the United States District Court for the |
| Gate City Bank; Steven Swiontek, Chairman, President, and Chief Executive Officer; Blaise P. Johnson, Executive Vice-President/Director of Lending, | * * * * * | District of North Dakota.  [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: February 2, 2005
Filed: February 2, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

The Goodales appeal the district court's[1] preservice dismissal with prejudice of their complaint for failure to state a claim, and request oral argument before this

_____

[1]The Honorable Ralph Erickson, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Karen K. Klein, United States Magistrate Judge for the District of North Dakota.

court. We deny the motion for oral argument. Having reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. However, we modify the dismissal of the state law claims to be without prejudice. <u>See</u> <u>Labickas v. Ark. State Univ.</u>, 78 F.3d 333, 334-35 (8th Cir.) (per curiam) (affirming district court order of dismissal for failure to state claim, but modifying it to be without prejudice for state law claims), <u>cert. denied</u>, 519 U.S. 968 (1996).

_____